

## NUMBER 13-09-00306-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: EUSEBIO ROBERTO MORALES CARRILLO

### On Petition for Writ of Mandamus
### and Motion for Emergency Stay

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion[1] Per Curiam

Relator, Eusebio Roberto Morales Carrillo, filed a petition for writ of mandamus with this Court in which he alleges that on June 3, 2009, respondent, the Honorable Roberto "Bobby" Flores, Presiding Judge of the 139th District Court of Hidalgo County, Texas, abused his discretion by entering an order compelling the deposition of expert Eusebio Roberto Morales Carrillo at 10:00 a.m. on June 5, 2009 at the Law Offices of Mark A. Cantu, 1300 N. 10th Street, McAllen, Texas. Relator's petition for writ of mandamus asks this Court to order the Respondent to modify the June 3, 2009 order, to provide that the deposition of relator be taken in Reynosa, Mexico.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

In addition, relator has filed a motion for emergency stay asking this Court to order a stay of the scheduled deposition until further consideration of the original proceeding by this Court.

This Court subsequently learned that the parties had cancelled the deposition that is the subject of the complained of order. Accordingly, the order before the court is moot.

The petition for writ of mandamus and motion for emergency stay are hereby DISMISSED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed on the 5th day of June, 2009.